United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUANCHANG ZHAO, Plaintiff, v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al., Defendants. | Case No. 26-cv-06301-SVK **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** Re: Dkt. No. 5 |

On June 24, 2026, Plaintiff filed this mandamus action against Defendants seeking an order requiring Defendants to adjudicate certain pending immigration applications. Dkt. 1 ("Complaint"). Along with his Complaint, Plaintiff filed certain exhibits. *See* Dkt. 1 at 8-9 ("Ex. A"), 10-11 ("Ex. B"), 12-14 ("Ex. C"), 15-16 ("Ex. D"), 18 ("Ex. E"), 20-21 ("Ex. F"), 23-24 ("Ex. G"), 25-33 ("Ex. H"), 34-36 ("Ex. I") and 37-39 ("Ex. J"). Before the Court is Plaintiff's Administrative Motion seeking to redact and seal certain previously-filed information, which Plaintiff asserts was inadvertently filed publicly, is private, is not relevant to the merits of this action and is not necessary to the public understanding of this case. Dkt. 5 at 1 (the "Motion"). Along with his Motion, Plaintiff has publicly filed proposed redacted copies of the exhibits. Dkt. 5 at 2-33 (redacted copies of Exs. A-J).

Having considered Plaintiff's submission, the record in this action and the relevant law, the Court finds that Plaintiff's redactions are sufficiently narrowly tailored, extending to only irrelevant, personally sensitive information, the disclosure of which will cause harm to Plaintiff; namely, his USCIS alien/applicant number and date of birth, and the beneficiary number, date of birth and certain medical information of his wife. Accordingly, the Court **GRANTS** the Motion.

However, Plaintiff's Complaint is filed as a single document with the exhibits incorporated

therein rather than attached. Accordingly, Plaintiff must also file a separate copy of the Complaint itself (Dkt. 1, pages 1-7). Once Plaintiff has done so, the Court will direct the Clerk of Court to **seal** Dkt. 1.

**SO ORDERED.**

Dated: August 4, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California