United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUANCHANG ZHAO,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), et al.,

Defendants.

Case No. 5:26-cv-06301-SVK

**ORDER RE SERVICE AND SETTING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 7

On June 24, 2026, Plaintiff filed a Petition for Writ of Mandamus seeking to compel USCIS to adjudicate his pending Form I-539 and Form I-765 applications. Dkt. 1. On August 16, 2026, Plaintiff filed a pleading styled as "Complaint" which appears to be a motion to expedite proceedings before this Court. Dkt. 7. There are no proofs of service reflected on the court docket, therefore the Court concludes that Plaintiff has not yet served the Government with either the Writ or the Complaint. Accordingly, the Court **ORDERS** as follows:

- Plaintiff is to immediately serve the Writ, the Complaint and a copy of this Order on Government; such service is to be completed **no later than August 26, 2026;**
- Plaintiff is to file proofs of service promptly after service.
- The Court will hold an Initial Case Management Conference on **September 8, 2026 at 9:30 a.m**.
- By **September 1, 2026,** the Parties are to file separate cases management statements with proposed schedules for addressing the pleadings pending before this Court.

The Court strongly encourages Plaintiff to contact the Federal Pro Se Program at the San Jose Courthouse which provides free information and limited-scope legal advice to pro se litigants

in federal cases. The Program will be able to direct Plaintiff on issues of service and case management. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the United States Courthouse in San Jose (Monday to Thursday 9:00 a.m. – 4:00 p.m.) or by calling (408) 297-1480. In addition, the Court offers a pro se handbook free of charge; a copy may be downloaded from https://cand.uscourts.gov/pro-se-handbook/ or obtained from the Clerk's Office.

**SO ORDERED.**

Dated: August 19, 2026

SUSAN VAN KEULEN
United States Magistrate Judge